IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDY APPLE, individually and on behalf of a group of similarly-situated individuals, </br></br>  Plaintiff, </br> and </br></br> AMANDA SHEER, individually and on behalf of a group of similarly-situated individuals, </br></br>  Plaintiff, </br></br> v. </br></br> VCG HOLDING CORP., </br></br>  Defendant. | CASE NO. 3:14-CV-00114 </br></br> Hon. David R. Herndon </br></br> Mag. Judge Donald G. Wilkerson |

## ORDER OF DISMISSAL PURSUANT TO RULE 41(a)(2)

This matter having come before the Court on the Motion of the Plaintiffs, the Plaintiffs having moved to dismiss the forgoing complaint in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Defendant having given its consent to the dismissal, and the Court being otherwise duly advised in the premise:

**IT IS HEREBY ORDERED** that the individual claims of the Plaintiffs Brandi Apple and Amanda Sheer be and are hereby dismissed with prejudice and without costs and/or attorney fees to any party.

**IT IS FURTHER ORDERED** that the to the extent that the Complaint alleges claims on behalf of a class and/or collective, those claims are dismissed without prejudice, except as to Plaintiffs Apple and Sheer, who are dismissed with prejudice.

**IT SO ORDERED.**

1

Dated: _____
United States District Court Judge

**4836-8508-4442, v. 1**