## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**BRANDY APPLE ET AL,**

    **Plaintiffs,**

**v.**

**VCG HOLDING CORP.,**

    **Defendants.**                        **No. 14-cv-114-DRH**

### JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court on a Motion to Dismiss (Doc. 18).

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 22) entered by this Court on April 29, 2014, the Court dismisses the individual claims of plaintiffs Brandy Apple and Amanda Sheer with prejudice and dismisses the claims on behalf of a class and/or collective without prejudice.

                      **NANCY J. ROSENSTENGEL,**
                      **CLERK OF COURT**

                      **BY:** _____ **/s/_Caitlin Fischer_____**
                              **Deputy Clerk**

Dated:  April 29, 2014

Digitally signed
by David R.
Herndon
Date: 2014.04.29
12:43:07 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**